| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>Plaintiff | : United States District Court<br>:<br>: Middle District of Pennsylvania<br>: |
| vs. | : NO. 3:05-CV-01549<br>: |
| CLAUDIA M. GESUALDI<br>A/K/A CLAUDIA GESUALDI<br>Defendant | : Judge A. Richard Caputo<br>:<br>: |

## ORDER

AND NOW, this 27th day of April, 2010, after consideration of Plaintiff's Motion to Postpone Sheriff's Sale of the mortgaged property, it is hereby

**ORDERED** that the said sale is extended three month to the regularly scheduled Monroe County Sheriff's Sale dated July 27, 2010.

No further advertising or additional notice to lienholders or defendant is required, however the Sheriff is directed to announce the continuation to the assembled bidders and Plaintiff is to forward a copy of this Order to Defendant via first class mail.

BY THE COURT:

_____
J.

cc: VIVEK SRIVASTAVA, ESQUIRE
SHERIFF, REAL ESTATE DIVISION
CLAUDIA M. GESUALDI
A/K/A CLAUDIA GESUALDI